IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| LARRY WAYNE COPELAND, #184 666 | * | |
| Plaintiff, | * | |
| v. | * | 2:11-CV-74-TMH (WO) |
| ALABAMA DEPARTMENT OF CORRECTIONS, *et al*., | * | |
| | * | |
| Defendants. | | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's motion to amend filed February 14, 2011, and in light of the court's February 17, 2011 order directing Plaintiff to file an amended complaint as further set out therein, it is

ORDERED that the motion (*Doc. No. 6*) be and is hereby DENIED.

Done, this 23rd day of February 2011.

                                               /s/ Terry F. Moorer
                                               TERRY F. MOORER
                                               UNITED STATES MAGISTRATE JUDGE