IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| LARRY WAYNE COPELAND, #184 666 | * |
| Plaintiff, | * |
| v. | *     2:11-CV-74-TMH (WO) |
| ALABAMA DEPARTMENT OF CORRECTIONS, *et al.*, | * |
| | * |
| Defendants. | |

_____

### **ORDER**

On March 14, 2011, the Magistrate Judge issued a Recommendation (Doc. 15) to which no timely objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE that:

1. The Recommendation (Doc. 15) is ADOPTED;

2. Plaintiff's claims against the Alabama Department of Corrections are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

3. The Alabama Department of Corrections is DISMISSED as a party to this complaint; and

4. This case with respect to the remaining defendants is referred back to the undersigned for additional proceedings.

DONE this 21st day of April, 2011.

/s/ Truman M. Hobbs

_____
SENIOR UNITED STATES DISTRICT JUDGE