IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

LARRY WAYNE COPELAND,     *
#184 666
     Plaintiff,     *

     v.     *     2:11-CV-74-TMH
                                          (WO)
STEPHANIE ATKINSON, *et al.*,     *

     Defendants.     *

_____

**ORDER**

On April 25, 2011, the Magistrate Judge issued a Recommendation (Doc. 31) to which no timely objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE that:

1. The Recommendation (Doc. 31) is ADOPTED;

2. Plaintiff's motion to dismiss (Doc. 30) is GRANTED;

3. This case is dismissed without prejudice.

DONE this 25th day of May, 2011.

              /s/ Truman M. Hobbs

              _____
              SENIOR UNITED STATES DISTRICT JUDGE