IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| LARRY WAYNE COPELAND, | * | |
| #184 666 | | |
|     Plaintiff, | * | |
| | | |
|     v. | * | 2:11-CV-74-TMH |
| | | (WO) |
| STEPHANIE ATKINSON, *et al.*, | * | |
| | | |
|     Defendants. | * | |

_____

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is

ORDERED and ADJUDGED that this case is DISMISSED without prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

Done this  25th  day of May, 2011.

/s/ Truman M. Hobbs

_____

SENIOR UNITED STATES DISTRICT JUDGE